# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUCHICELA GALVEZ,<br><br>                              Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>                              Defendant. | CASE NO. 18cv782-LAB (AGS)<br><br>**ORDER DISMISSING COMPLAINT AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS** |

Judge Battaglia dismissed Duchicela Galvez's complaint for failing to state a § 1983 claim against Wells Fargo. After Galvez filed an amended complaint, her case was transferred to this Court. The Court dismisses her complaint for the same reasons Judge Battaglia identified: Galvez doesn't have a claim against Wells Fargo for violating her constitutional rights under § 1983 because it's a private bank—it's not a state official nor is it conducting itself in a way that amounts to state action.

If Galvez thinks she can fix her complaint by alleging some other claim against Wells Fargo, then she may file an amended complaint by July 27, 2018. If she doesn't, or if she files the same pro forma complaint alleging violations under § 1983, the Court will dismiss her action with prejudice. Her motion to proceed in forma pauperis is denied for the same reasons discussed at Dkt. 3 in 18cv633.

**IT IS SO ORDERED**.

Dated: July 6, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge